**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE and SIERRA CLUB, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, <br><br> MARY PETERS, in her official capacity as Secretary of Transportation, <br><br> FEDERAL HIGHWAY ADMINISTRATION, <br><br> J. RICHARD CAPKA, in his official capacity as Federal Highway Administrator, <br><br> METROPOLITAN WASHINGTON COUNCIL OF GOVERNMENTS, <br><br> JAY FISETTE, in his official capacity as Board Chair of the Metropolitan Washington Council of Governments, <br><br> NATIONAL CAPITAL REGION TRANSPORTATION PLANNING BOARD, <br><br> MICHAEL KNAPP, in his official capacity as Chairperson of the National Capital Region Transportation Planning Board, <br><br> Defendants. | Civil Action No. |

**CORPORATE DISCLOSURE STATEMENT**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Environmental Defense, certify that to the best of my knowledge and belief, Environmental Defense is a non-profit corporation and has no parent corporations and no publicly held company owns ten percent or more of its stock.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted this 20th day of December, 2006,

        /s/ Hope Babcock_____
        Hope Babcock