**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE and ) <br> SIERRA CLUB, Inc., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> TRANSPORTATION, ) <br> ) <br> MARY PETERS, in her official capacity as ) <br> Secretary of Transportation, ) <br> ) <br> FEDERAL HIGHWAY ADMINISTRATION, ) <br> ) <br> J. RICHARD CAPKA, in his official capacity as ) <br> Federal Highway Administrator, ) <br> ) <br> METROPOLITAN WASHINGTON COUNCIL OF ) <br> GOVERNMENTS, ) <br> ) <br> JAY FISETTE, in his official capacity as Board Chair of ) <br> the Metropolitan Washington Council of Governments, ) <br> ) <br> NATIONAL CAPITAL REGION TRANSPORTATION ) <br> PLANNING BOARD, ) <br> ) <br> MICHAEL KNAPP, in his official capacity as Chairperson ) <br> of the National Capital Region Transportation Planning ) <br> Board, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. |

**CORPORATE DISCLOSURE STATEMENT**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Sierra Club, Inc., certify that to the best of my knowledge and belief, Sierra Club, Inc. is a non-profit corporation and has no parent corporations and no publicly held company owns ten percent or more of its stock.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted this 20th day of December, 2006,

        /s/ Hope Babcock
        Hope Babcock