**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| ENVIRONMENTAL DEFENSE<br>257 Park Avenue South, New York, NY  10010,<br><br>SIERRA CLUB, Inc.<br>85 Second Street, 2nd Floor, San Francisco, CA  94105<br><br>            Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF<br>TRANSPORTATION,<br>400 Seventh Street, S.W., Washington, DC  20590,<br><br>MARY PETERS, in her official capacity as<br>Secretary of Transportation, 400 Seventh Street, S.W.,<br>Washington, DC  20590,<br><br>FEDERAL HIGHWAY ADMINISTRATION,<br>400 Seventh Street, S.W., Washington, DC  20590,<br><br>J. RICHARD CAPKA, in his official capacity as<br>Federal Highway Administrator, 400 Seventh Street, S.W.,<br>Washington, DC  20590,<br><br>METROPOLITAN WASHINGTON COUNCIL OF<br>GOVERNMENTS, 777 South Capitol Street, N.E.,<br>Suite 300, Washington, DC  20002<br><br>JAY FISETTE, in his official capacity as Board Chair of<br>the Metropolitan Council of Governments,<br>777 North Capitol Street, N.E., Washington, DC  20002,<br><br>NATIONAL CAPITAL REGION TRANSPORTATION<br>PLANNING BOARD,<br>777 North Capitol Street, N.E., Washington, DC  20002<br><br>MICHAEL KNAPP, in his official capacity as Chairperson<br>of the National Capital Region Transportation Planning<br>Board, 777 North Capitol Street, N.E., Suite 300,<br>Washington, DC  20002,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.<br>)   1:06-cv-02176-GK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT ON BEHALF OF DEFENDANTS METROPOLITAN WASHINGTON COUNCIL OF GOVERNMENTS; JAY FISETTE, in his official capacity as Board Chair of the Metropolitan Council of Governments; NATIONAL CAPITAL REGION TRANSPORTATION PLANNING BOARD; AND MICHAEL KNAPP, in his official capacity as Chairperson of the National Capital Region Transportation Planning Board**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Defendants Metropolitan Washington Council of Governments; Jay Fisette, in his official capacity as Board Chair of the Metropolitan Council of Governments; National Capital Region Transportation Planning Board; and Michael Knapp, in his official capacity as Chairperson of the National Capital Region Transportation Planning Board ("Regional Defendants") hereby move this Court for an extension of time in which to respond to the Complaint in this matter. The Regional Defendants received a summons and a copy of the Complaint on or about January 11, 2007. They seek to extend their deadline to respond until March 13, 2007.

The Complaint names various Federal governmental entities as defendants ("Federal Defendants"). Under Rule 12(a)(3)(A), Fed.R.Civ.P., Federal Defendants have 60 days to respond to the Complaint. Regional Defendants are informed and believe that the Federal Defendants' response deadline is March 13, 2006. As a matter of efficiency and to enable consultation among the named defendants, all defendants should have the same response date. In this regard, Regional Defendants note that the subpoenas that they received stated that the response was due in 60 days. There are numerous overlapping factual issues relevant to both the Regional and Federal Defendants on which Regional Defendants wish to consult with Federal Defendants prior to responding to the Complaint. The requested extension would facilitate that coordination.

The Complaint is 102 pages long and consists of 38 counts and 593 paragraphs of factual and legal allegations. Facts and legal allegations relating to the various defendants are

-3-

interspersed throughout the document. The Regional Defendants will need more time to review the Complaint and to provide a response than the 20 days allowed in Rule 12(a), Fed.R.Civ.P.

Undersigned counsel has spoken with counsel for Plaintiffs and counsel for Federal Defendants to discuss this Motion and they do not object to it.

For these reasons, Regional Defendants ask the Court to extend until March 13, 2007, their deadline to respond to the Complaint in this matter.

Date: January 30, 2007

/s/ *Margaret N. Strand*
Margaret N. Strand, Bar #936419
Venable LLP
575 7th Street NW
Washington, DC 20004
(202) 344-4000 Telephone
(202) 344-8300 Facsimile

**Counsel for Defendants Metropolitan Washington Council of Governments; Jay Fisette, in his official capacity as Board Chair of the Metropolitan Council of Governments; National Capital Region Transportation Planning Board; And Michael Knapp, in his official capacity as Chairperson of the National Capital Region Transportation Planning Board**

## CERTIFICATE OF SERVICE

I hereby certify that the Unopposed Motion for Extension of Time to Respond to Complaint on behalf of the Metropolitan Washington Council of Governments; Jay Fisette, in his official capacity as Chair of the Metropolitan Council of Governments; National Capital Region Transportation Planning Board; and Michael Knapp, in his official capacity as Chairperson of the National Capital Region Transportation Planning Board, [Proposed] Order and Certificate Required by Local Civil Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia were served by the indicated methods upon counsel this 30th day of January 2007.

Hope Babcock, Director
Erik Bluemel, Staff Attorney
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
(Electronic Service)

Robert E. Yuhnke
Robert E. Yuhnke & Associates
2910 Country Road 67
Boulder, CO 80303
*Counsel for Plaintiffs Environmental Defense and Sierra Club*
(Electronic Service)

United States Department of Transportation,
400 Seventh Street, S.W.
Washington, DC 20590
(Service by Mail)

Mary Peters
United States Department of Transportation,
400 Seventh Street, S.W.
Washington, DC 20590
(Service by Mail)

Federal Highway Administration
400 Seventh Street, S.W.
Washington, DC 20590
(Service by Mail)

J. Richard Capka
Federal Highway Administration
400 Seventh Street, S.W.
Washington, DC 20590
(Service by Mail)

*Defendants*

/s/ *Margaret N. Strand*
Margaret N. Strand