**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
| | |
|---|---|
| ENVIRONMENTAL DEFENSE ) | |
| 257 Park Avenue South, New York, NY  10010, ) | |
| ) | |
| SIERRA CLUB, Inc. ) | |
| 85 Second Street, 2nd Floor, San Francisco, CA  94105 ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | Case No. |
| UNITED STATES DEPARTMENT OF ) | 1:06-cv-02176-GK |
| TRANSPORTATION, ) | |
| 400 Seventh Street, S.W., Washington, DC  20590, ) | |
| ) | |
| MARY PETERS, in her official capacity as ) | |
| Secretary of Transportation, 400 Seventh Street, S.W., ) | |
| Washington, DC  20590, ) | |
| ) | |
| FEDERAL HIGHWAY ADMINISTRATION, ) | |
| 400 Seventh Street, S.W., Washington, DC  20590, ) | |
| ) | |
| J. RICHARD CAPKA, in his official capacity as ) | |
| Federal Highway Administrator, 400 Seventh Street, S.W., ) | |
| Washington, DC  20590, ) | |
| ) | |
| METROPOLITAN WASHINGTON COUNCIL OF ) | |
| GOVERNMENTS, 777 South Capitol Street, N.E., ) | |
| Suite 300, Washington, DC  20002 ) | |
| ) | |
| JAY FISETTE, in his official capacity as Board Chair of ) | |
| the Metropolitan Council of Governments, ) | |
| 777 North Capitol Street, N.E., Washington, DC  20002, ) | |
| ) | |
| NATIONAL CAPITAL REGION TRANSPORTATION ) | |
| PLANNING BOARD, ) | |
| 777 North Capitol Street, N.E., Washington, DC  20002 ) | |
| ) | |
| MICHAEL KNAPP, in his official capacity as Chairperson ) | |
| of the National Capital Region Transportation Planning ) | |
| Board, 777 North Capitol Street, N.E., Suite 300, ) | |
| Washington, DC  20002, ) | |
| ) | |
| Defendants. ) | |
_____

-2-

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT ON BEHALF OF DEFENDANTS METROPOLITAN WASHINGTON COUNCIL OF GOVERNMENTS; JAY FISETTE, in his official capacity as Board Chair of the Metropolitan Council of Governments; NATIONAL CAPITAL REGION TRANSPORTATION PLANNING BOARD; AND MICHAEL KNAPP, in his official capacity as Chairperson of the National Capital Region Transportation Planning Board**

Upon review of the Unopposed Motion of Defendants Metropolitan Washington Council of Governments; Jay Fisette, in his official capacity as Board Chair of the Metropolitan Council of Governments; National Capital Region Transportation Planning Board; and Michael Knapp, in his official capacity as Chairperson of the National Capital Region Transportation Planning Board, it is hereby ORDERED:

Defendants Metropolitan Washington Council of Governments; Jay Fisette, in his official capacity as Board Chair of the Metropolitan Council of Governments; National Capital Region Transportation Planning Board; and Michael Knapp, in his official capacity as Chairperson of the National Capital Region Transportation Planning Board, have until March 13, 2007 to respond to the Complaint in this matter.

It is so ordered.

Dated: _____     By:_____
                                 Honorable Gladys Kessler
                                 United States District Court
                                 District of Columbia

-3-

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:  January 30, 2007 | /s/ *Margaret N. Strand* <br> Margaret N. Strand, Bar #936419 <br> Venable LLP <br> 575 7th Street NW <br> Washington, DC 20004 <br> (202) 344-4000 Telephone <br> (202) 344-8300 Facsimile |
|  | **Counsel for Defendants Metropolitan Washington Council of Governments; Jay Fisette in his official capacity as Board Chair of the Metropolitan Council of Governments; National Capital Region Transportation Planning Board; And Michael Knapp in his official capacity as Chairperson of the National Capital Region Transportation Planning Board** |