# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| ENVIRONMENTAL DEFENSE<br>257 Park Avenue South, New York, NY  10010,<br><br>SIERRA CLUB, Inc.<br>85 Second Street, 2nd Floor, San Francisco, CA  94105<br><br>         Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF<br>TRANSPORTATION,<br>400 Seventh Street, S.W., Washington, DC  20590,<br><br>MARY PETERS, in her official capacity as<br>Secretary of Transportation, 400 Seventh Street, S.W.,<br>Washington, DC  20590,<br><br>FEDERAL HIGHWAY ADMINISTRATION,<br>400 Seventh Street, S.W., Washington, DC  20590,<br><br>J. RICHARD CAPKA, in his official capacity as<br>Federal Highway Administrator, 400 Seventh Street, S.W.,<br>Washington, DC  20590,<br><br>METROPOLITAN WASHINGTON COUNCIL OF<br>GOVERNMENTS, 777 South Capitol Street, N.E.,<br>Suite 300, Washington, DC  20002<br><br>JAY FISETTE, in his official capacity as Board Chair of<br>the Metropolitan Council of Governments,<br>777 North Capitol Street, N.E., Washington, DC  20002,<br><br>NATIONAL CAPITAL REGION TRANSPORTATION<br>PLANNING BOARD,<br>777 North Capitol Street, N.E., Washington, DC  20002<br><br>MICHAEL KNAPP, in his official capacity as Chairperson<br>of the National Capital Region Transportation Planning<br>Board, 777 North Capitol Street, N.E., Suite 300,<br>Washington, DC  20002,<br><br>         Defendants. | Case No.<br>1:06-cv-02176-GK |

_____

## CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

I, the undersigned, counsel of record for the Metropolitan Washington Council of Governments, Jay Fisette, in his official capacity as Board Chair of the Metropolitan Washington Council of Governments, the National Capital Region Transportation Planning Board, and Michael Knapp, in his official capacity as Chairperson of the National Capital Region Transportation Planning Board, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the Metropolitan Washington Council of Governments, Jay Fisette in his official capacity as Board Chair of the Metropolitan Washington Council of Governments, the National Capital Region Transportation Planning Board, and Michael Knapp in his official capacity as Chairperson of the National Capital Region Transportation Planning Board, which have any outstanding securities in the hands of the public.

Date: January 30, 2007

/s/ *Margaret N. Strand*
Margaret N. Strand, Bar #936419
Venable LLP
575 7th Street NW
Washington, DC 20004
(202) 344-4000 Telephone
(202) 344-8300 Facsimile

**Counsel for Defendants Metropolitan Washington Council of Governments; Jay Fisette, in his official capacity as Board Chair of the Metropolitan Council of Governments; National Capital Region Transportation Planning Board; And Michael Knapp, in his official capacity as Chairperson of the National Capital Region Transportation Planning Board**