**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ENVIRONMENTAL DEFENSE and SIERRA CLUB, INC.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 1:06-2176(GK)** |
| | ) | |
| **UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.,*** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF SUBSTITUTION OF PARTIES

Pursuant to Federal Rule of Civil Procedure ("FRCP") 25(d)(1), notice is hereby given that

Defendants in the above-captioned case, JAY FISETTE, sued in his official capacity as Board

Chair of the Metropolitan Council of Governments; and MICHAEL KNAPP, sued in his official

capacity as Chairperson of the National Capital Region Transportation Planning Board, no

longer serve in those capacities.  Pursuant to FRCP 25(d)(1), their successors, VINCENT C.

GRAY, Board Chair of the Metropolitan Council of Governments, and KATHERINE

HUTCHINS, Chairperson of the National Capital Region Transportation Planning Board, are

automatically substituted as parties for Mssrs. Fisette and Knapp.  An order of substitution may

be entered at any time, FRCP 25(d)(1), but is not necessary to effect the substitution.  *Id.*


Respectfully Submitted,

Date: March 8, 2007

/s/ *Margaret N. Strand*
Margaret N. Strand, D.C. Bar No. 936419
Venable LLP
575 7th St. NW
Washington D.C.  20004
(202) 344-4699 - Telephone
(202) 344-8000 - Facsimile

Christopher R. Mellott, MD Bar No. 03734
Venable LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland  21201
(410) 244-7552 - Telephone
(410) 244-7742 - Facsimile

Lee Ruck
General Counsel
Metropolitan Washington Council of Governments
    and Washington Regional Transportation
    Planning Board
777 North Capitol Street, NE, Suite 300
Washington, DC 20002
(202) 962-3200 - Telephone
(202) 962-3201 - Facsimile

Counsel for Defendants
  Metropolitan Washington Council of Governments and
  National Capital Region Transportation Planning Board