IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE and SIERRA CLUB, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:06-2176(GK) |

**MEMORANDUM OF DEFENDANTS METROPOLITAN WASHINGTON COUNCIL OF GOVERNMENTS; VINCENT C. GRAY, in his official capacity as Board Chair of the Metropolitan Council of Governments; NATIONAL CAPITAL REGION TRANSPORTATION PLANNING BOARD; AND KATHERINE HUTCHINS, in her official capacity as Chairperson of the National Capital Region Transportation Planning Board IN REPLY TO PLAINTIFFS' OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO TRANSFER VENUE**

On February 21, 2007, the United States Department of Transportation ("DOT"), Mary Peters, in her official capacity of Secretary of DOT, the Federal Highway Administration ("FHWA"), and Richard Capka, in his official capacity as FHWA Administrator (collectively, "Federal Defendants") moved to transfer venue in this case to the United States District Court for the District Court of Maryland. Docket Document 9. The purpose of this Memorandum is to clarify the position of Defendants Metropolitan Washington Council Of Governments; Vincent C. Gray, in his official capacity as Board Chair of the Metropolitan Council of Governments; National Capital Region Transportation Planning Board; and Katherine Hutchins, in her official capacity as Chairperson of the National Capital Region Transportation Planning Board ("COG and TPB Defendants") with respect to that Motion to Transfer.

In their Motion, Federal Defendants accurately stated that the COG and TPB Defendants consent to their Motion. *Id.*, p. 1. On March 5, 2007, Plaintiffs filed an opposition to Federal Defendants' Motion to Transfer. Docket Document 10. In that opposition, in support of their argument that "Defendants' choice of forum merits little weight," *Id.*, p. 13, Plaintiffs ask the Court to "note that the moving Defendants do not include the MPO [the COG and TPB Defendants]." *Id.*, p. 14. Because the COG and TPB Defendants concur in the federal Defendant's Motion to Transfer, Docket Document 9, Plaintiffs' point – that the COG and TPB defendants did not move for a transfer – has no merit.

We also feel that pending or possible (see Plaintiffs' Opposition (Docket Document 10), p. 3, n. 2) substantive motions in the case should have no effect on transfer. Indeed, the COG and TPB Defendants have moved to dismiss Plaintiffs' claims against them. The COG and TPB Defendants' Motion to Dismiss, or any other substantive motions that might be filed, need not interfere with the disposition of Federal Defendants' Motion to Transfer. Such substantive motions can be heard either in the United States District Court for the District of Maryland or this Court. The time period to respond to the Motion to Dismiss is similar in both this Court and in Maryland. *Compare* DDC Local Civil Rule 7 (requiring opposing memoranda to be filed within 11 days of the filing of a motion) with DMD Local Rule 105(2)(A) (requiring opposing memoranda to be filed within 14 days of the filing of a motion). As a result, we believe the Motion to Dismiss can "go with the case," and be briefed and decided on a schedule that need not impact disposition of the Federal Defendants' Motion to Transfer.

2

Respectfully Submitted,

Date: March 9, 2007

/s/ *Margaret N. Strand*
Margaret N. Strand, D.C. Bar No. 936419
Venable LLP
575 7th St. NW
Washington D.C.  20004
(202) 344-4699 - Telephone
(202) 344-8000 - Facsimile

Christopher R. Mellott, MD Bar No. 03734
Venable LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland  21201
(410) 244-7552 - Telephone
(410) 244-7742 - Facsimile

Lee Ruck
General Counsel
Metropolitan Washington Council of Governments
     and Washington Regional Transportation
     Planning Board
777 North Capitol Street, NE, Suite 300
Washington, DC 20002
(202) 962-3200 - Telephone
(202) 962-3201 - Facsimile

Counsel for Defendants
  Metropolitan Washington Council of Governments and
  National Capital Region Transportation Planning Board