IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE and SIERRA CLUB, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | Case No. 1:06-2176(GK) |

## NOTICE OF SUBSTITUTION OF PARTIES

Pursuant to Federal Rule of Civil Procedure ("FRCP") 25(d)(1), notice is hereby given that in its prior Notice of Substitution of Parties, filed with the Court on March 8, 2007 (Docket Document 12), the name of the Chairperson of the National Capital Region Transportation Planning Board was misspelled. Rather than KATHERINE HUTCHINS, CATHERINE HUDGINS should have been substituted for the prior Chairperson MICHAEL KNAPP. Pursuant to FRCP 25(d)(1), CATHERINE HUDGINS is automatically substituted as a party for Katherine Hutchins. An order of substitution may be entered at any time, FRCP 25(d)(1), but is not necessary to effect the substitution. *Id*.

Respectfully Submitted,

Date: March 15, 2007

/s/ *Margaret N. Strand*
Margaret N. Strand, D.C. Bar No. 936419
Venable LLP
575 7th St. NW
Washington D.C. 20004
(202) 344-4699 - Telephone
(202) 344-8000 - Facsimile

Christopher R. Mellott, MD Bar No. 03734
Venable LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland  21201
(410) 244-7552 - Telephone
(410) 244-7742 - Facsimile

Lee Ruck
General Counsel
Metropolitan Washington Council of Governments
    and Washington Regional Transportation
    Planning Board
777 North Capitol Street, NE, Suite 300
Washington, DC 20002
(202) 962-3200 - Telephone
(202) 962-3201 - Facsimile

Counsel for Defendants
  Metropolitan Washington Council of Governments and
  National Capital Region Transportation Planning Board