IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE and SIERRA CLUB, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | Civil Action No. 06-2176(GK) |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO STRIKE**

Environmental Defense and the Sierra Club (collectively, "Plaintiffs") hereby provide notice to the Court that they are withdrawing their motion to strike filed on March 21, 2007 (Docket Entry # 20).  Simultaneously with this Notice, Plaintiffs are filing an amended motion to strike the State of Maryland's Memorandum in Support of Transfer.

DATED: March 21, 2007               Respectfully submitted,

                                    /s/ Hope Babcock
                                    Hope Babcock, Director
                                        (Fed/D.C. Bar No. 14639)
                                    Erik Bluemel, Staff Attorney
                                        (D.C. Bar No.501869)
                                    Institute for Public Representation
                                    Georgetown University Law Center
                                    600 New Jersey Avenue, N.W.
                                    Washington, D.C.  20001
                                    Phone: 202-662-9535
                                    Fax: 202-662-9634

                                    Robert E. Yuhnke
                                        (C.O. Bar No. 012686)

1

Robert E. Yuhnke & Associates
2910 Country Road 67
Boulder, CO  80303
Phone: 303-499-0425

*Counsel for Plaintiffs*
*Environmental Defense and Sierra Club*