UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENVIRONMENTAL DEFENSE and SIERRA CLUB, INC., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 06-2176 (GK) |
| U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, | : : : : | |
| Defendants. | : | |

## ORDER

Upon consideration of the Motion of Environmental Defense and Sierra Club to conduct preliminary discovery pursuant to Rules 26(d) and 26(f) to ascertain MPO Defendants' federal character and the Opposition, the Court concludes that the Motion should be **granted**.

Further, the Motion of Environmental Defense and Sierra Club to stay the briefing of the Motion to Dismiss filed by Metropolitan Washington Council of Governments, Vincent C. Gray, National Capital Region Transportation Planning Board, and Katherine Hutchins up to and including May 3, 2007, until such preliminary discovery is concluded, **is granted**.[1]

March 22, 2007

/s/
Gladys Kessler
United States District Judge

---

[1] This case is at a very preliminary stage. The Court has two strong suggestions for counsel. First, counsel should know by now that the relevant statute in question is the Administrative Procedure Act, not the Administrative Procedures Act. Second, the intensity of rhetoric used in a filing is usually viewed as a substitute for the weakness of the arguments being made. The tone used in the briefing in this relatively non-substantive motion is out of all proportion to the subject matter and should not be used again.