## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

ENVIRONMENTAL DEFENSE and )
SIERRA CLUB, Inc., )
)
        Plaintiffs, )
)
v. )        Civil Action No.
)        06-2176(GK)
UNITED STATES DEPARTMENT OF )
TRANSPORTATION, et al., )
)
        Defendants. )
_____)

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT E. YUHNKE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

The undersigned, members in good standing of the bar of this Court, hereby move that the Court admit Robert E. Yuhnke *pro hac vice* to appear before this Court on behalf of plaintiffs on any and all matters pertaining to the above-referenced action.

Mr. Yuhnke was first admitted to practice law after graduating from Yale Law School in 1972, and has since been continuously engaged in the practice of law. He is currently a member in good standing of the bar of the Supreme Court of the United States, the United States Courts of Appeals for the Third, Fifth, Seventh, Ninth, Tenth, Eleventh and District of Columbia Circuits, and the State of Colorado (No. 012686).  He is also an inactive member of the bar in Illinois and Pennsylvania. Since being admitted to practice, Mr. Yuhnke has been employed as a Special Assistant Attorney General serving as counsel to the Pennsylvania Department of Environmental Resources, an Assistant Regional Solicitor in the U.S. Department of the Interior, a senior attorney at the Environmental Defense Fund, and as the principal in a litigation and consulting law practice.

In those capacities, Mr. Yuhnke has been lead counsel in numerous federal actions involving major federal environmental statutes including the National Environmental Policy Act, the Clean Air Act, the Federal Aid Highways Act, the Surface Mining Control and Reclamation Act, Uranium Mill Tailings Reclamation and Control Act, and the Federal Land Policy Management Act, as well as numerous proceedings involving enforcement of the environmental statutes of Pennsylvania.

During the past two years, Mr. Yuhnke has not been admitted *pro hac vice* in this Court.

Mr. Yuhnke has never been the subject of a disciplinary proceeding in any court.  He has reviewed and is familiar with this Court's local rules.

Mr. Yuhnke may be contacted at Robert E. Yuhnke & Associates, 2910 Country Road 67, Boulder, CO  80303.  His telephone number is 303-499-0425, and his email address is bob.yuhnke@prodigy.net.

Exhibit A to this motion is a declaration from Mr. Yuhnke detailing the above.

DATED:        April 3, 2007                         Respectfully submitted,


                                                    /s/  Hope Babcock
                                                   Hope Babcock, Director
                                                        (Fed/D.C. Bar No. 14639)


                                                    /s/  Erik B. Bluemel
                                                   Erik Bluemel, Staff Attorney
                                                        (D.C. Bar No.501869)
                                                   Institute for Public Representation
                                                   Georgetown University Law Center
                                                   600 New Jersey Avenue, N.W.
                                                   Washington, D.C.  20001
                                                   Phone: 202-662-9535
                                                   Fax: 202-662-9634

                                                   *Counsel for Plaintiffs*
                                                   *Environmental Defense and Sierra Club*

## CERTIFICATE OF CONFERENCE

On April 3, 2007, pursuant to Local Rule of Civil Procedure 7(m), I conferred with

Margaret Strand, counsel for MPO Defendants, Wells Burgess, counsel for Federal Defendants,

and Linda Strozyk, counsel for the State of Maryland regarding Plaintiffs' motion to admit

Robert E. Yuhnke *pro hac vice*.  No party opposes the motion.


  /s/  Erik B. Bluemel            
Erik B. Bluemel

## CERTIFICATE OF SERVICE

I hereby certify that on this day, April 3, 2007, I caused to be served a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Robert E. Yuhnke by filing through this Court's electronic filing system and by direct electronic transmission on:


Cynthia J. Morris
C.J.Morris@usdoj.gov

Attorney for Defendants United States Department of Transportation, Mary Peters, Federal Highway Administration, and J. Richard Capka


Margaret N. Strand
mstrand@venable.com

Attorney for Defendants Metropolitan Washington Council of Governments, Vincent C. Gray, National Capital Region Transportation Planning Board, and Catherine Hudgins


Linda D. Strozyk
lstrozyk@sha.state.md.us

Kristin Case Lawrence
kcaselaw@bdslegal.com

Attorneys for Proposed Intervenor Defendant State of Maryland

and by direct electronic transmission on:

Wells Burgess
Wells.Burgess@usdoj.gov

Laura Maroldy
Laura.Maroldy@usdoj.gov

Rachel Dougan
Rachel.Dougan@usdoj.gov

Scott J. Jordan
Scott.Jordan@usdoj.gov

Attorneys for Defendants United States Department of Transportation, Mary Peters, Federal Highway Administration, and J. Richard Capka


  /s/ Erik B. Bluemel
Erik B. Bluemel

Pls.' Ex. A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

ENVIRONMENTAL DEFENSE and )
SIERRA CLUB, Inc., )
       )
            Plaintiffs, )
       )
v. )     Civil Action No.
       )     06-2176(GK)
UNITED STATES DEPARTMENT OF )
TRANSPORTATION, et al., )
       )
           Defendants. )
       )

---

**DECLARATION OF ROBERT E. YUHNKE
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Robert E. Yuhnke declares as follows:

1. I was first admitted to practice law after graduating from Yale Law School in 1972.

2. Since my graduation from law school, I have continuously practiced law.

3. I am currently a member in good standing of the bar of the Supreme Court of the United States, the United States Courts of Appeals for the Third, Fifth, Seventh, Ninth, Tenth, Eleventh and District of Columbia Circuits, and the State of Colorado (No. 012686).  I am also an inactive member of the bar of Illinois and Pennsylvania.

4. Since being admitted to practice, I have been employed as a Special Assistant Attorney General serving as counsel to the Pennsylvania Department of Environmental Resources, an Assistant Regional Solicitor in the U.S. Department

of the Interior, a senior attorney at the Environmental Defense Fund, and as the principal in a litigation and consulting law practice.

5. In those capacities, I have been lead counsel in numerous federal actions involving major federal environmental statutes including the National Environmental Policy Act, the Clean Air Act, the Federal Aid Highways Act, the Surface Mining Control and Reclamation Act, Uranium Mill Tailings Reclamation and Control Act, and the Federal Land Policy Management Act, as well as numerous proceedings involving enforcement of the environmental statutes of Pennsylvania.

6. I currently maintain a law practice in Colorado and am not admitted to practice in this Court.

7. During the past two years, I have not been admitted *pro hac vice* in this Court. I last appeared before this Court in the matter of <u>NRDC et al. v. Browner</u>, Civ. No. 99-2976 (CKK), which was closed in 2002.

8. I have never been the subject of a disciplinary proceeding in any court.

9. I have reviewed and am familiar with this Court's local rules.

Further declarant sayeth not.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of March, 2007.

Robert E. Yuhnke
    (C.O. Bar No. 012686)
Robert E. Yuhnke & Associates
2910 Country Road 67
Boulder, CO 80303
Phone: 303-499-0425
Email: bob.yuhnke@prodigy.net

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                  )
ENVIRONMENTAL DEFENSE and                       )
SIERRA CLUB, Inc.,                                          )
                                                                  )
                    Plaintiffs,                                )
                                                                  )
                                                                  )
v.                                                                 )          Civil Action No.
                                                                  )          06-2176(GK)
UNITED STATES DEPARTMENT OF              )
TRANSPORTATION, et al.,                             )
                                                                  )
                    Defendants.                             )
                                                                  )
_____)

**[PROPOSED] ORDER**

        The Motion of Environmental Defense and the Sierra Club to admit Robert E. Yuhnke

*pro hac vice* on behalf of Plaintiffs on any and all matters pertaining to the above-referenced

action is GRANTED.


Dated: March _____, 2007                    _____
                                                              The Honorable Gladys Kessler, District Judge
                                                                District Judge for the United States
                                                              District Court for the District of Columbia