IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE and SIERRA CLUB, INC., | * |
| | * |
| Plaintiffs | **APPEARANCE** |
| | * |
| v. | Civil Action No. 06-2176 (GK) |
| | * |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | * |
| | |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.2(f), please enter the appearance of Gary W. Kuc as counsel in this case for:

Movant State of Maryland.

                                                                  Respectfully submitted,

                                                                   DOUGLAS F. GANSLER
                                                                   Attorney General of Maryland

April 10, 2007                                    /s/ Gary W. Kuc
                                                                   GARY W. KUC
                                                                   Assistant Attorney General
                                                                   Office of the Attorney General of Maryland
                                                                   Civil Litigation Division
                                                                   200 St. Paul Place, 20th Floor
                                                                   Baltimore, MD 21202
                                                                   Voice: 410-576-6318
                                                                   Facsimile: 410-576-6955
                                                                   gkuc@oag.state.md.us

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2007, a copy of the foregoing Entry of Appearance was electronically served on:

Hope M. Babcock
Erik B. Bluemel
600 New Jersey Avenue, NW
Washington, DC 20001

Cynthia J. Morris
U.S. Department of Justice
601 D Street, NW
Washington, DC 20004

Scott J. Jordan
U.S. Department of Justice
P.O. Box 23986
Washington, DC 20026

Margaret N. Strand
Venable, LLP
575 7th Street, NW
Washington, DC 20004

Linda D. Strozyk, AAG
Kristin C. Lawrence, AAG
State Highway Administration
707 N. Calvert Street
Baltimore, MD 21202

/s/ Gary W. Kuc
Gary W. Kuc