IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE and SIERRA CLUB, Inc., <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br>  Defendants. | Civil Action No. 06-2176(GK) |

**UNOPPOSED MOTION FOR LEAVE TO FILE A CONSOLIDATED RESPONSE TO MPO DEFENDANTS' AND USDOT DEFENDANTS' MOTIONS TO DISMISS AND EXTENSION OF TIME AND PAGE LIMIT**

Plaintiffs Environmental Defense and Sierra Club (collectively, "Plaintiffs") move this Court for leave to consolidate their Responses to the Motions to Dismiss filed by the U.S. Department of Transportation, Mary E. Peters, the Federal Highway Administration, and J. Richard Kapka (collectively, "USDOT Defendants"), filed April 27, 2007 (Docket No. 32), and the Metropolitan Washington Council of Governments, Vincent C. Gray, National Capital Region Transportation Planning Board, and Catherine Hudgins (collectively, "MPO Defendants"), filed March 8, 2007 (Docket No. 13).

On March 23, 2007, this Court granted Plaintiffs' motion for stay of briefing on MPO Defendants' 27-page motion pending preliminary discovery. The Court set a response deadline of May 3, 2007. On April 27, 2007, USDOT Defendants filed a 24-page motion to dismiss Plaintiffs' claims arising under 23 U.S.C. § 134, raising many of the same legal issues addressed in MPO Defendants' motion. Given the substantial overlap of the two motions, Plaintiffs hereby

seek leave to file a consolidated response to the two motions to harmonize the briefing, ease the burden on this Court, and expedite the briefing process on these motions.

To prepare a brief that adequately responds to both motions, which raise complex legal matters of first impression for this Court, Plaintiffs simultaneously move this Court, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules of Civil Procedure 7(b) and (e), to extend the deadline for filing their consolidated response from May 3, 2007 to May 8, 2007 and to increase the page limit for Plaintiffs' consolidated response to 55 pages. Neither USDOT Defendants nor MPO Defendants opposes Plaintiffs' Motion.

DATED:     May 1, 2007                                  Respectfully submitted,

                                                         /s/  Hope Babcock
                                                        Hope Babcock, Director
                                                            (Fed/D.C. Bar No. 14639)
                                                        Erik Bluemel, Staff Attorney
                                                            (D.C. Bar No.501869)
                                                        Institute for Public Representation
                                                        Georgetown University Law Center
                                                        600 New Jersey Avenue, N.W.
                                                        Washington, D.C.  20001
                                                        Phone: 202-662-9535
                                                        Fax: 202-662-9634

                                                        Robert E. Yuhnke
                                                            (C.O. Bar No. 012686)
                                                        Robert E. Yuhnke & Associates
                                                        2910 Country Road 67
                                                        Boulder, CO 80303
                                                        Phone: 303-499-0425

                                                        *Counsel for Plaintiffs*
                                                        *Environmental Defense and Sierra Club*

## CERTIFICATE OF CONFERENCE

On April 30, 2007, pursuant to Local Rule of Civil Procedure 7(m), I conferred with Margaret Strand, counsel for MPO Defendants, and Wells Burgess, counsel for USDOT Defendants, regarding Plaintiffs' foregoing Motion to File a Consolidated Response and Extend the Deadline and Page Limit.  No party opposes the motion.

                                              /s/   Erik B. Bluemel
                                              Erik B. Bluemel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE and SIERRA CLUB, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | Civil Action No. 06-2176(GK) |

**[PROPOSED] ORDER**

The Motion of Environmental Defense and the Sierra Club (collectively, "Plaintiffs") for leave to file a consolidated response to MPO Defendants' and USDOT Defendants' motions to dismiss is hereby GRANTED.

Further, Plaintiffs requests to extend the deadline for filing their consolidated response to May 8, 2007 and to extend the page limit for the consolidated response to 55 pages are hereby GRANTED.

Dated: _____, 2007      _____
                              The Honorable Gladys Kessler
                              District Judge for the United States
                              District Court for the District of Columbia