IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE and SIERRA CLUB, INC., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.,* )<br>)<br>Defendants. ) | Case No. 1:06-2176(GK) |

## MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO MOTIONS TO DISMISS AND FOR ENLARGEMENT OF PAGE LIMITS

On March 8, 2007, the Metropolitan Washington Council of Governments, Vincent Gray, National Capital Region Transportation Planning Board and Catherine Hudgins ("MPO Defendants") filed a motion to dismiss Plaintiff's claims against them. Subsequently, on April 27, 2007 the United States Department of Transportation, Mary Peters, Federal Highway Administration and J. Richard Capka ("USDOT Defendants") moved to dismiss certain claims brought against them. On May 8, 2007, Plaintiffs filed a Consolidated Response in Opposition to MPO Defendants' and USDOT Defendants' Motions to Dismiss ("Plaintiffs' Response.") Having conferred with Counsel for Plaintiffs, MPO Defendants and USDOT Defendants now file this unopposed motion for extension of time to file their replies to Plaintiffs' Response. MPO Defendants also seek an enlargement of the page limits for their reply.

Under Local Civil Rule ("LCvR") 7(d) and Federal Rules of Civil Procedure 6(a) and 6(e), Defendants' replies would be due on May 18, 2007. Because of the many

issues raised in Plaintiffs' Response, Defendants request an extension to June 6, 2007. The MPO Defendants also request adjusted page limits for their reply. Under LCvR 7(e), a reply is normally limited to 25 pages. MPO Defendants ask that Court allow up to 35 pages for their reply.

Plaintiffs' Response was filed two months after receipt of the MPO's Motion to Dismiss and after Plaintiffs were allowed certain discovery from the MPO Defendants. Plaintiffs' Response is 55 pages long, containing over 115 case and other legal citations (not counting citations to regulations or statutes), with a lengthy appendix of documents taken from the discovery response. Plaintiffs' Response raises new issues, which Defendants did not need to address previously in their Motions to Dismiss. While Defendants' Motions to Dismiss were based on the substantive statutes at issue in the Complaint, Plaintiffs' Response invokes various policy arguments and legal issues of interstate compacts to which Defendants must now respond. Responding to the many arguments posited in Plaintiffs' Response will require more than the five days allowed under the Local Rules.

Many of the new arguments concern the legal status of MPO Defendants, a non-federal entity, under various federal laws and principles. As a result, MPO Defendants believe that the 25 page limit of the Local Rules may prove insufficient to address the many new arguments and numerous case citations in Plaintiffs' Response. Only the MPO Defendants request an additional 10 pages for their reply.

Plaintiffs have consented to the granting of this motion for extension of the time to file the replies. When discussing consent to this motion, counsel for Plaintiffs explained that they would have a number of conflicts arising in late June and July that

2

could interfere with scheduling of oral argument for the motions to dismiss.. As a result, Plaintiffs join Defendants in asking that this Court set oral argument on the Motions to Dismiss prior to June 25, 2007.

Plaintiffs have informed counsel for MPO Defendants that they do not consent to enlargement of the page limits, but will not file an opposition.

For the reasons provide herein, Defendants request that the Court grant the request for extension of time. MPO Defendants request that the Court grant its separate request for enlargement of page limits.

Respectfully Submitted,

May 15, 2007

| | |
|---|---|
| /s/ *Wells D. Burgess* | /s/ *Margaret N. Strand* |
| MATTHEW MCKEOWN | Margaret N. Strand, D.C. Bar No. 936419 |
| Acting Assistant Attorney General | Venable LLP |
| Environment and Natural Resources Division | 575 7th St. NW |
| United States Department of Justice | Washington D.C. 20004 |
| CYNTHIA J. MORRIS (D.C. Bar No. 358776) | (202) 344-4699 - Telephone |
| SCOTT J. JORDAN | (202) 344-8000 - Facsimile |
| Environmental Defense Section | Christopher R. Mellott, MD Bar No. 03734 |
| WELLS D. BURGESS | Venable LLP |
| RACHEL DOUGAN | Two Hopkins Plaza, Suite 1800 |
| Natural Resources Section | Baltimore, Maryland 21201 |
| STACY STOLLER | (410) 244-7552 - Telephone |
| Law and Policy Section | (410) 244-7742 - Facsimile |
| P.O. Box 3986 | |
| Washington, DC 20026-3986 | Lee Ruck |
| (202) 616-7554 (Morris) | General Counsel |
| E-mail: C.J.Morris@usdoj.gov | Metropolitan Washington Council of Governments |
| (202) 305-0445 (Burgess) | and Washington Regional Transportation Planning |
| E-mail: Wells.Burgess@usdoj.gov | Board |
| | 777 North Capitol Street, NE, Suite 300 |
| Counsel for USDOT Defendants | Washington, DC 20002 |
| | (202) 962-3200 - Telephone |
| | (202) 962-3201 - Facsimile |
| | |
| | Counsel for MPO Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE and SIERRA CLUB, INC., ) ) ) Plaintiffs, ) ) vs. ) ) UNITED STATES DEPARTMENT OF ) TRANSPORTATION, *et al.*, ) ) ) Defendants. ) ) | Case No. 1:06-2176(GK) |

**[PROPOSED] ORDER**

Upon review of the Motion For Extension Of Time To Reply To Plaintiffs' Response To Motions To Dismiss And For Enlargement Of Page Limits filed by Defendants Metropolitan Washington Council of Governments; Vincent C. Gray, in his official capacity as Board Chair of the Metropolitan Council of Governments; National Capital Region Transportation Planning Board; and Katherine Hutchins, in her official capacity as Chairperson of The National Capital Region Transportation Planning Board ("MPO Defendants") and the United States Department of Transportation, Mary Peters, Federal Highway Administration and J. Richard Capka ("USDOT Defendants") and the complete record of this case, the Court grants the Motion.  It is HEREBY

ORDERED that the Motion is GRANTED; and it is further

2

ORDERED that the Replies of the MPO Defendants and the USDOT Defendants to Plaintiffs' Response To Motions To Dismiss shall be filed on or before June 6, 2007 and that the MPO Defendants' Reply may not exceed 35 pages in length.

_____    _____
Date                                                              United States District Judge

May 15, 2007

                                              Respectfully Submitted,

| /s/ *Wells D. Burgess* | /s/ *Margaret N. Strand* |
|---|---|
| MATTHEW MCKEOWN | Margaret N. Strand, D.C. Bar No. 936419 |
| Acting Assistant Attorney General | Venable LLP |
| Environment and Natural Resources Division | 575 7th St. NW |
| United States Department of Justice | Washington D.C.  20004 |
| CYNTHIA J. MORRIS (D.C. Bar No. 358776) | (202) 344-4699 - Telephone |
| SCOTT J. JORDAN | (202) 344-8000 - Facsimile |
| Environmental Defense Section | Christopher R. Mellott, MD Bar No. 03734 |
| WELLS D. BURGESS | Venable LLP |
| RACHEL DOUGAN | Two Hopkins Plaza, Suite 1800 |
| Natural Resources Section | Baltimore, Maryland  21201 |
| STACY STOLLER | (410) 244-7552 - Telephone |
| Law and Policy Section | (410) 244-7742 - Facsimile |
| P.O. Box 3986 | |
| Washington, DC 20026-3986 | Lee Ruck |
| (202) 616-7554 (Morris) | General Counsel |
| E-mail: C.J.Morris@usdoj.gov | Metropolitan Washington Council of Governments |
| (202) 305-0445 (Burgess) | and Washington Regional Transportation Planning |
| E-mail: Wells.Burgess@usdoj.gov | Board |
| | 777 North Capitol Street, NE, Suite 300 |
| Counsel for USDOT Defendants | Washington, DC 20002 |
| | (202) 962-3200 - Telephone |
| | (202) 962-3201 - Facsimile |
| | |
| | Counsel for MPO Defendants |

3