UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
ENVIRONMENTAL DEFENSE and    )
SIERRA CLUB, Inc.,           )
        Plaintiffs,          )
                             )   Civil Action No. 06-2176 (GK)
    v.                       )
                             )
UNITED STATES DEPARTMENT     )
OF TRANSPORTATION, et al.,   )
                             )
        Defendants.          )
_____)
```

**O R D E R**

Plaintiffs, Environmental Defense and Sierra Club, Inc., bring this action seeking declaratory and injunctive relief against the United States Department of Transportation ("DOT"), Mary Peters,[1] Federal Highway Administration ("FHWA"), and J. Richard Capka[2] (collectively, the "Federal Defendants"); as well as the Metropolitan Washington Council of Governments, Vincent C. Gray,[3] the National Capital Region Transportation Planning Board, and Katherine Hutchins.[4]

Plaintiffs contend that by approving the Intercounty Connector

---

[1] Mary Peters is sued in her official capacity as Secretary of Transportation for DOT.

[2] J. Richard Capka is sued in his official capacity as Administrator of FHWA.

[3] Vincent Gray is sued in his official capacity as Board Chair of the Metropolitan Washington Council of Governments.

[4] Katherine Hutchins is sued in her official capacity as Chairperson of the National Capital Region Transportation Planning Board.

("ICC") Project, Defendants violated the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321 et seq.; the Federal Aid-Highways Act ("FAHA"), 23 U.S.C. § 101 et seq.; the Clean Air Act ("CAA"), 42 U.S.C. § 7401 et seq.; the Safe, Accountable, Flexible, Efficient Transportation Equity Act: A Legacy for Users ("SAFETEA-LU"), 23 U.S.C. § 134; the Administrative Procedure Act, 5 U.S.C. § 701 et seq.; and the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

This matter is before the Court on the Federal Defendants' Motion to Transfer [Dkt. No. 9], and Plaintiffs' Cross-Motion to Direct the USDOT Defendants to File the Administrative Records in This Court [Dkt. No. 11]. Upon consideration of the Motions, Oppositions, and Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Federal Defendants' Motion to Transfer is **granted**; and it is further

**ORDERED** that Plaintiffs' Cross-Motion to Direct the USDOT Defendants to File the Administrative Records in This Court is **denied as moot**.

May 17, 2007
/s/
Gladys Kessler
United States District Judge

**Copies to**: **attorneys of record via ECF**